# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>MATTHEW BROWN,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>EDCR14-00125 VAP<br><br>ORDER STRIKING FILED DOCUMENTS<br>FROM THE RECORD |

WHEREAS, the documents listed below were improperly filed for the following reason(s)

Improper Request for Court Services. Defendant to contact counsel.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| Document Entitled | Filed |
|---|---|
| Brown's Motion for Copy of Docket Report | July 30, 2015 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

9/21/15
Date

_[signature]_
United States District Judge/Magistrate Judge

CV-80 (12/95)            ORDER STRIKING FILED DOCUMENTS FROM THE RECORD