**FILED**
CLERK, U.S. DISTRICT COURT

03/07/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown   DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 5:14-CR-00125-VAP |
| Plaintiff, ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Matthew Joseph Brown, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

   (×)    information in the Pretrial Services Report and Recommendation

   (×)    information in the violation petition and report(s)

   ( )    the defendant's nonobjection to detention at this time

   (×)    other: __insufficient bail resources; substance abuse; mental health__
          __issues__

1

1    and/ or

2   B. (✕)   The defendant has not met his/her burden of establishing by clear and

3           convincing evidence that he/she is not likely to pose a danger to the safety

4           of any other person or the community if released under 18 U.S.C.

5           § 3142(b) or (c).  This finding is based on the following:

6           (✕)    information in the Pretrial Services Report and Recommendation

7           (✕)    information in the violation petition and report(s)

8           ( )    the defendant's nonobjection to detention at this time

9           (✕)    other: pending felony charges; substance abuse; mental health

10                 issues; underlying conviction

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: 3/07/2022                    _____

15                                      KENLY KIYA KATO
                                        UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28